MATTHEW BOLAND, DEFENDANT IN ERROR, v. JOHN KAVENY, PLAINTIFF IN ERROR.

Submitted March 27th, 1905—Decided November 20th, 1905.

On error to the Supreme Court.

For the plaintiff in error, *James M. Trimble* and *Elvin W. Crane.*

For the defendant in error, *Charles C. O'Connor.*

PER CURIAM.

The state of the case discloses no record except of an order of the Supreme Court affirming a judgment of a District Court. There is no transcript, or pleadings, or state of the case. In this condition of the record before us, we think the writ of error should be dismissed.

*For dismissal*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, GARRETSON, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN.    10.